**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION**

| | |
|---|---|
| JENNIFER SUE YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 19-cv-3172 |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## OPINION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

Pursuant to the Joint Stipulation to Remand to the Commissioner (d/e 19), the decision of the Defendant Commissioner is REVERSED and REMANDED pursuant to 42 U.S.C. §405(g) Sentence Four, for further proceedings consistent with this Joint Stipulation.  Upon receipt of the Court's order, the Appeals Council will remand the matter to an Administrative Law Judge (ALJ).  On remand, the ALJ will grant Plaintiff a new hearing, evaluate her residual functional capacity, and evaluate whether she could perform her past relevant work or work that existed in the national economy.  All pending motions, including Plaintiff's Motion for Summary Judgment (d/e 16), are DENIED as moot.  THIS CASE IS CLOSED BEFORE THIS COURT.

ENTER:   April 28, 2020

*s/ Tom Schanzle-Haskins*
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE